**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UNITED STATES** | **CRIMINAL ACTION** |
| **v.** | |
| **GARRICK KIRK** | **NO. 25-517** |

**ORDER**

**AND NOW**, this 6th day of November, 2026, upon consideration of Defendant's Motion to Suppress Physical Evidence and Post-Arrest Statements (ECF No. 20 (the "Motion")) and the Government's Response thereto (ECF No. 21), and following the October 7, 2026, evidentiary hearing in this matter, it is hereby **ORDERED** that the Motion (ECF No. 20) is **GRANTED**.

Any and all physical evidence recovered from Defendant's person by Amtrak Police Officers on June 4, 2025, including the firearm and ammunition, as well as any and all post-detention statements elicited from Defendant, as detailed in Defendant's Motion, are hereby **SUPPRESSED**. Such evidence shall be inadmissible in the Government's case in chief at trial.

It is further **ORDERED** that the Government shall provide the Court with a status of trial on or before November 13, 2026.

**BY THE COURT:**

**/s/ Hon. Kelley B. Hodge**

**HODGE, KELLEY B., J.**